UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MJB TOURING, INC. f/s/o MARY J. BLIGE, a Delaware corporation;

        Plaintiff,

vs.

RM TALENT AGENCY, LLC, a Georgia limited liability company;

        Defendant.

_____/

CASE NO.: _____

## COMPLAINT AND DEMAND FOR A JURY TRIAL

Plaintiff MJB TOURING, INC. ("*MJB*" or "*Plaintiff*") a Delaware corporation, f/s/o MARY J. BLIGE ("*Blige*") sues RM TALENT AGENCY, LLC ("*RM Talent*" or "*Defendant*"), a Georgia limited liability company and alleges, on personal knowledge as to its own actions and on information and belief as to the actions of others, as follows:

### NATURE OF THE ACTION

1. This is an action for breach of contract under Florida state law.

2. Defendant materially breached a valid contract entered into with Plaintiff.

3. Plaintiff has suffered damages as a result of Defendant's breach of contract.

## **GENERAL ALLEGATIONS**

**A. Jurisdiction, Parties and Venue**

4. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 in that there is complete diversity between the parties and the amount in controversy exceeds $75,000, exclusive of interest, costs, and attorneys' fees incurred in bringing this litigation.

5. Blige is a singer, songwriter and actress. Often referred to as the "Queen of Hip-Hop Soul" and "Queen of R&B", Blige has won nine Grammy Awards, a Primetime Emmy Award, four American Music Awards, twelve NAACP Image Awards, and twelve Billboard Music Awards, including the Billboard Icon Award.

6. At all times material hereto, Plaintiff is a corporation organized and existing under the laws of the State of Delaware with its principal office located c/o Tri Star Sports and Entertainment Group, 55 Music Square West, 2nd Floor, Nashville, Tennessee 37203. Plaintiff is a well-

respected corporation that coordinates and facilities appearances, performances and other entertainment engagements for Blige.

7. At all times material hereto: (1) Defendant is a limited liability company organized and existing under the laws of the State of Georgia with its principal office located at 1255 Liberty Bell Ct, Rock Hill, South Carolina 29732, (2) Defendant books musical artists to perform at specific venues and (3) Defendant's sole member is Dwight Priest, who is a citizen of the State of South Carolina.

8. Venue and jurisdiction in this Court is also proper pursuant to the express forum selection clause set forth in section 15 of that certain Artist Performance Agreement dated as of September 25, 2022 (the "*Contract*"). A true and correct copy of the Contract is attached hereto as "**Exhibit A**." Specifically, section 15 of the Contract provides in pertinent part:

> 15. **GOVERNING LAW, TAXES AND MISCELLANEOUS**: This Agreement shall be governed by laws of the State of Florida without regard to principles of conflicts of laws. Jurisdiction and venue for any suit, action, or other legal proceeding arising out of or relating to this Contract shall be Orange County, Florida. Should either Party be required to retain an attorney to enforce any terms or conditions under this Agreement, the non-prevailing Party shall be responsible for the reasonable outside attorney's fees and costs incurred by the prevailing Party, through appeal, whether litigation is required or not.

**B.     Facts**

9.     On or about September 5, 2022, Plaintiff and Defendant entered into the Contract pursuant to which Blige would give a musical performance at the Funk Fest 2022 event (the "*Event*"), to be held outside at the Miami Fairgrounds, 10901 SE 24th Street, Miami, FL 33165 (the "*Performance Site*") on December 30, 2022 (the "*Performance Date*").

10.     Under the terms of the Contract, Defendant was required to pay One Million One Hundred Thousand United States Dollars ($1,100,000.00) (the "*Performance Fee*") for Blige to perform at the Event.

11.     Defendant breached the Contract by failing to pay the full amount of the Performance Fee.

12.     Specifically, Defendant paid the following amounts in partial payment of the Performance Fee:

       a. September 20, 2022 -- $250,000.00;

       b. November 9, 2022 -- $200,000.00; and

       c. January 18, 2023 -- $200,000.00.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

13. Defendant failed to pay the remaining amount of the Performance Fee due of Four Hundred Fifty Thousand United States Dollars ($450,000.00).

14. On December 30, 2022, Blige performed at the Event. Accordingly, Plaintiff fulfilled its obligations under the Contract.

15. As a result of Defendant's failure to pay Plaintiff the full amount of the Performance Fee, Defendant has materially breached the Contract, and Plaintiff has been damaged as a result.

## CAUSE OF ACTION

## BREACH OF CONTRACT

16. Plaintiff restates and realleges paragraphs 1-15 as if fully stated herein.

17. Defendant executed and is bound by the terms and obligations of the Contract, which is valid in all respects.

18. Defendant materially breached the Contract by failing to pay the full amount of the Performance Fee.

19. As a direct result of Defendant's breach of the Contract, Plaintiff has been damaged in an amount in excess of $75,000.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against Defendant for damages, pre-judgment and post-judgment interest, attorneys' fees and costs incurred by Plaintiff, and such other relief as this Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands trial by jury in this action on all issues so triable.

MELAND BUDWICK, P.A.

/s/ *James C. Moon*
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221

*Attorneys for Plaintiff*